**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MAINE

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     **12/15**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **The Getchell Agency** |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **Getchell Agency Inc** <br> **The Getchell Agency Inc** <br> **Getchell Agency** |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **20-2477047** |

**4.   Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1211 Broadway** <br> **Bangor, ME 04401** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Penobscot** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL)   _____

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

3/25/16  3:11PM

| Debtor | **The Getchell Agency** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.naics.com/search/.

   ____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | | When | | Case number, if known | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor   **The Getchell Agency**                                    Case number (*if known*)
                Name

**11.  Why is the case filed in** | *Check all that apply:*
       ***this district?***

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**   ☑ No
       **have possession of any**
       **real property or personal**   ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
       **property that needs**
       **immediate attention?**
                          **Why does the property need immediate attention?** (*Check all that apply.*)

                          ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                             What is the hazard? _____

                          ☐ It needs to be physically secured or protected from the weather.

                          ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                          ☐ Other _____
                          **Where is the property?** _____
                                                    Number, Street, City, State & ZIP Code
                          **Is the property insured?**
                          ☐ No
                          ☐ Yes.   Insurance agency _____
                                   Contact name _____
                                   Phone _____

| **Statistical and administrative information** |

**13.  Debtor's estimation of**   .   *Check one:*
       **available funds**
                          ☑ Funds will be available for distribution to unsecured creditors.
                          ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**   ☑ 1-49            ☐ 1,000-5,000        ☐ 25,001-50,000
       **creditors**           ☐ 50-99           ☐ 5001-10,000        ☐ 50,001-100,000
                          ☐ 100-199         ☐ 10,001-25,000      ☐ More than100,000
                          ☐ 200-999

**15.  Estimated Assets**   ☑ $0 - $50,000            ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                       ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                       ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                       ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16.  Estimated liabilities**   ☐ $0 - $50,000            ☑ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                          ☐  $50,001 - $100,000     ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                          ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                          ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor    **The Getchell Agency**                                              Case number (*if known*)
         Name

| | Request for Relief, Declaration, and Signature |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **March 25, 2016**
                 MM / DD / YYYY

***X*** **/s/ Rena J. Getchell**                                    **Rena J. Getchell**
Signature of authorized representative of debtor                    Printed name

Title    **President**

**18. Signature of attorney**

***X*** **/s/ James F. Molleur**                          Date **March 25, 2016**
Signature of attorney for debtor                                MM / DD / YYYY

**James F. Molleur**
Printed name

**Molleur Law Office**
Firm name

**419 Alfred Street**
**Biddeford, ME 04005-3747**
Number, Street, City, State & ZIP Code

Contact phone    **(207) 283-3777**        Email address    **jim@molleurlaw.com/tanya@molleurlaw.com**

**1183 Maine**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **The Getchell Agency**

United States Bankruptcy Court for the:      DISTRICT OF MAINE

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **March 25, 2016**          *X* **/s/ Rena J. Getchell**
                                    Signature of individual signing on behalf of debtor

                                    **Rena J. Getchell**
                                    Printed name

                                    **President**
                                    Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name        **The Getchell Agency**

United States Bankruptcy Court for the:    **DISTRICT OF MAINE**

Case number (if known):  _____

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Affiliate Funding, Inc.** PO Box 1150 Auburn, ME 04211 | | | | **$464,359.36** | **$0.00** | **$464,359.36** |
| **D.A. Pearson Heating Oils, LLC** 509 York Road Bangor, ME 04401-0429 | | **Utility** | | | | **$9,637.94** |
| **Emera Maine Corporate Office** PO Box 932 Bangor, ME 04401-0932 | | **Utility** | | | | **$11,116.46** |
| **Ford Motor Credit** PO Box 537901 Livonia, MI 48153-7901 | | | | | | **$9,058.58** |
| **Frank's Bake Shop & Catering** 199 State Street Bangor, ME 04401 | | | | | | **$2,568.84** |
| **GM Financial Attn: Bankruptcy Department** P.O. Box 183853 Arlington, TX 76096-3853 | | | | | | **$3,258.52** |
| **Great Falls Insurance Company** P.O. Box 590 Auburn, ME 04212-0590 | | | | | | **$37,740.31** |
| **Internal Revenue Service** PO Box 7346 Philadelphia, PA 19101-7346 | | **Tax Debt** | | | | **$630,000.00** |

Official form 204             Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                      page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor   **The Getchell Agency**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Maine Revenue Service P.O. Box 9101 Augusta, ME 04332** | | **Tax Debt** | | | | **$243,000.00** |
| **MEMIC 261 Commercial St. P.O. Box 11409 Portland, ME 04104** | | | | | | **$4,724.46** |
| **Paradis Shop 'n Save 395 N Main Street Brewer, ME 04412** | | | | | | **$11,398.41** |
| **Philadelphia Insurance Company One City Center Suite 400 Portland, ME 04101** | | | | | | **$23,508.32** |
| **Purdy Powers & Company 130 Middle Street Portland, ME 04101** | | | | | | **$3,124.76** |
| **Rudman & Winchell P.O. Box 1401 Bangor, ME 04402** | | | | | | **$140,831.33** |
| **Security Pro of Maine 24 Knox Avenue Bangor, ME 04401-3316** | | | | | | **$3,332.00** |
| **Staples Advantage 500 Staples Drive Framingham, MA 01702-4478** | | | | | | **$4,868.24** |
| **Time Warner Cable 3347 Platt Springs Rd West Columbia, SC 29170** | | **Utility** | | | | **$2,833.19** |
| **Twin City Tire 609 Wilson Street Brewer, ME 04412** | | | | | | **$7,466.51** |
| **Union Street Citgo 551 Union Street Bangor, ME 04401** | | | | | | **$4,481.55** |
| **US Cellular Attn: Bankruptcy Department P.O. Box 371345 Pittsburgh, PA 15250** | | | | | | **$4,995.48** |

Official form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims         page 2

# United States Bankruptcy Court
## District of Maine

In re   **The Getchell Agency**

Case No.

Debtor(s)

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **rena J. Getchell**<br>**1211 Broadway**<br>**Bangor, ME 04401** | | | **100% shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March 25, 2016**

Signature   **/s/ Rena J. Getchell**

**Rena J. Getchell**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Maine

In re    **The Getchell Agency**         Case No.

Debtor(s)      Chapter    **11**

## CERTIFICATION OF CREDITOR MATRIX

I hereby certify that the attached matrix, consisting of __6__ pages, includes the names and addresses of all creditors listed on the debtor's schedules.

I, _____**James F. Molleur 1183 Maine**_____, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of __6__ page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date:    **March 25, 2016**

/s/ James F. Molleur
Signature of Attorney
**James F. Molleur 1183 Maine**
**Molleur Law Office**
**419 Alfred Street**
**Biddeford, ME 04005-3747**
**(207) 283-3777  Fax: (207) 283-4558**

Advanced Modifications Inc
1766 Hammond St
Bangor, ME 04401


Affiliate Funding, Inc.
PO Box 1150
Auburn, ME 04211


Bradstreet Lawn & Garden
30 Industrial Plaza Drive
Brewer, ME 04412


Central Maine Wireless
Broadway Shopping Center
Bangor, ME 04401


City of Bangor
Bangor City Hall
73 Harlow Street
Bangor, ME 04401


Class Action Creditors
c/o Donald F. Fontaine
Law Office of Donald F. Fontaine
PO Box 7590
Portland, ME 04112


Cory A Scribner
c/o Donald F. Fontaine
Law Office of Donald F. Fontaine
PO Box 7590
Portland, ME 04112


D.A. Pearson Heating Oils, LLC
509 York Road
Bangor, ME 04401-0429

DISH Network
9601 S Meridian Blvd
Englewood, CO 80112


Emera Maine
Corporate Office
PO Box 932
Bangor, ME 04401-0932


Fairpoint Communications
P.O. Box 11560
Portland, ME 04104


Ford Motor Credit
PO Box 537901
Livonia, MI 48153-7901


Frank's Bake Shop & Catering
199 State Street
Bangor, ME 04401


Freedom Power Equipment
115 Freedom Park
Bangor, ME 04401


GM Financial
Attn: Bankruptcy Department
P.O. Box 183853
Arlington, TX 76096-3853


Great Falls Insurance Company
P.O. Box 590
Auburn, ME 04212-0590


Harold L. Lichten
Lichten & Liss-Riordan, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114

HCP Computer and Business Solutions
499 Broadway #131
Bangor, ME 04401


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jared Forrest
c/o Donald F. Fontaine
Law Office of Donald F. Fontaine
PO Box 7590
Portland, ME 04112


Karey Ann Sinclair
c/o Donald F. Fontaine
Law Office of Donald F. Fontaine
PO Box 7590
Portland, ME 04112


Katelin S Varney
c/o Donald F. Fontaine
Law Office of Donald F. Fontaine
PO Box 7590
Portland, ME 04112


Levesque Office Plus
1185 Hammond St
Bangor, ME 04401


Maine Revenue Service
P.O. Box 9101
Augusta, ME 04332


Maine Salt Company
677 Coldbrook Rd
Bangor, ME 04401

Maine Today Media Inc.
One City Center, 5th Floor
Portland, ME 04101


Matthew Thomson
Lichten & Liss-Riordan, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114


MEMIC
261 Commercial St.
P.O. Box 11409
Portland, ME 04104


Miller Drug
210 State St
Bangor, ME 04401


Nancy Belyea-Shea
506 Little Road
Linneus, ME 04730


Oak Grove Spring Water Co.
480 North Main St.
Brewer, ME 04412


Office of US Attorney
100 Middle St. Suite 6
Portland, ME 04101-4100


OTT Communications
890 Hammond St
Bangor, ME 04401


Paradis Shop 'n Save
395 N Main Street
Brewer, ME 04412

Philadelphia Insurance Company
One City Center
Suite 400
Portland, ME 04101


Pine Tree Waste Inc.
aka Casella Waste Systems, Inc.
31 Freedom Parkway
Bangor, ME 04401


Purdy Powers & Company
130 Middle Street
Portland, ME 04101


Records Management Center
20 Triangle Rd
Hampden, ME 04444


Rudman & Winchell
P.O. Box 1401
Bangor, ME 04402


Seacoast Media Group
111 New Hampshire Ave.
Portsmouth, NH 03801


Security Pro of Maine
24 Knox Avenue
Bangor, ME 04401-3316


Staples Advantage
500 Staples Drive
Framingham, MA 01702-4478


Taylor Perkins
c/o Donald F. Fontaine
Law Office of Donald F. Fontaine
PO Box 7590
Portland, ME 04112

Technical Safety Consulting
1873 Ohio St
Bangor, ME 04401


Time Warner Cable
3347 Platt Springs Rd
West Columbia, SC 29170


Twin City Tire
609 Wilson Street
Brewer, ME 04412


Union Street Citgo
551 Union Street
Bangor, ME 04401


Union Street Towing
27 Perkins St
Bangor, ME 04401


US Cellular
Attn: Bankruptcy Department
P.O. Box 371345
Pittsburgh, PA 15250

# United States Bankruptcy Court
## District of Maine

In re   **The Getchell Agency**                                          Case No. _____

                                        Debtor(s)          Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **The Getchell Agency**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**rena J. Getchell
1211 Broadway
Bangor, ME 04401**

☐ None [*Check if applicable*]

**March 25, 2016**                              **/s/ James F. Molleur**
Date                                         **James F. Molleur 1183 Maine**
                                             Signature of Attorney or Litigant
                                             Counsel for   **The Getchell Agency**
                                             **Molleur Law Office**
                                             **419 Alfred Street**
                                             **Biddeford, ME 04005-3747**
                                             **(207) 283-3777 Fax:(207) 283-4558**
                                             **jim@molleurlaw.com/tanya@molleurlaw.com**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy